UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GILREATH FAMILY & COSMETIC DENTISTRY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THE CINCINNATI INSURANCE COMPANY, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:20-CV-2248-JPB |

## J U D G M E N T

This action having come before the Court, Honorable J. P. Boulee, United States District Judge, for consideration of Defendant's Motion to Dismiss Plaintiff's Amended Complaint, and the Court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 1st day of March, 2021.

JAMES N. HATTEN
CLERK OF COURT

By:   s/ D. McGoldrick
         Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 1, 2021
James N. Hatten
Clerk of Court

By:  s/ D. McGoldrick
         Deputy Clerk